UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-mj-8467-RMM

UNITED STATES OF AMERICA

v.

FREDY VINICIO GARCIA-MATA,

　　　　　Defendant.
_____/

FILED BY ___SP___ D.C.
Aug 26, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

# CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?  ☐ Yes  ☑ No

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?  ☐ Yes  ☑ No

3. Did this matter involve the participation of or consultation with now Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?  ☐ Yes  ☑ No

4. 4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024?  ☐ Yes  ☑ No

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

BY: _____
SHANNON SHAW
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.　92806
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:　(561) 820-8711
Fax:　(561) 820-8777
Email:　Shannon.Shaw@usdoj.gov

AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

FILED BY ____SP____ D.C.
Aug 26, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

United States of America )
v. )
FREDY VINICIO GARCIA-MATA, )  Case No.  25-mj-8467-RMM
)
)
)
*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  August 22, 2025  in the county of  Palm Beach  in the
Southern District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal Re-entry after Deportation or Removal. |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Deportation Officer Andy Korzen, ICE
*Printed name and title*

VIA Facetime
Sworn to before me and signed in my presence.

Date: 8/26/25

_____
Judge's signature

City and state:  West Palm Beach, FL    Ryon M. McCabe, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT
# OF
# ANDY KORZEN

## UNITED STATES DEPARTMENT OF HOMELAND SECURITY
## IMMIGRATION AND CUSTOMS ENFORCEMENT

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over twenty-two years. I am currently assigned to the ICE Enforcement and Removal Operations, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Fredy Vinicio GARCIA-MATA committed the offense of illegal re-entry after removal, in violation of Title 8, United States Code, Section 1326(a).

3. On or about August 22, 2025, Fredy Vinicio GARCIA-MATA was arrested in Palm Beach County, Florida for the offenses of aggravated battery-deadly weapon, and possession of cocaine. He was booked and detained at the Palm Beach County Jail.

4. A review of the immigration records shows that Fredy Vinicio GARCIA-MATA is a native and citizen of Guatemala. Records further show that on or about April 21, 2010, Fredy Vinicio GARCIA-MATA was ordered removed from the United States.

The Order of Removal was executed on or about May 4, 2010, whereby Fredy Vinicio GARCIA-MATA was removed from the United States and returned to Guatemala.

5. Thereafter, Fredy Vinicio GARCIA-MATA re-entered the United States illegally, his prior order of removal was reinstated, and on or about May 31, 2019, he was removed and returned to Guatemala for the second time.

6. Fredy Vinicio GARCIA-MATA's fingerprints taken in connection with his August 22, 2025, arrest in Palm Beach County were scanned into the IAFIS system. Results confirmed that scanned fingerprints belong to the individual who was previously removed from the United States, that is Fredy Vinicio GARCIA-MATA.

7. A record check was performed in the Computer Linked Application Informational Management System to determine if Fredy Vinicio GARCIA-MATA filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Fredy Vinicio GARCIA-MATA obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

8. Based on the foregoing, I submit that probable cause exists to believe that, on or about August 22, 2025, Fredy Vinicio GARCIA-MATA, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United

States, in violation of Title 8, United States Code, Section 1326(a).

_____
Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this __26__ day of August, 2025.

_____
RYON M. McCABE
UNITED STATES MAGISTRATE JUDGE

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:   FREDY VINICIO GARCIA-MATA

**Case No**: 25-mj-8467-RMM

Illegal Re-entry after Deportation and Removal

Title 8, United States Code, Section 1326(a)
* **Max. Term of Imprisonment:** 2 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 1 year
* **Max. Fine:** $250,000

***Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, immigration consequences or forfeitures that may be applicable.**